RECEIVED
OCT 26 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VALOUR, LLC, ET AL | * | CIVIL NO. 6:16-0733 |
| VERSUS | * | JUDGE DRELL |
| ROMANO DEPAOULI, ET AL | * | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss filed by defendant, the United States of America [rec. doc. 9] is GRANTED, and plaintiffs' claims against the United States of America are DISMISSED WITHOUT PREJUDICE.

Alexandria, Louisiana, this 26 day of October, 2016.

_____
DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT