RECEIVED
SEP 2 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VALOUR LLC, ET AL | CIVIL NO. 6:16-cv-0733 |
| VERSUS | JUDGE DEE D. DRELL |
| ROMANO DEPAOLI, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) and (3) [Rec. Doc. 45] be GRANTED, and that the claims filed by Plaintiffs against the Defendants DePaoli, Huff, Kostem and/or Wiesel be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 25 day of September, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT